

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-9-2015

# USA v. Tuyen Pham

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"USA v. Tuyen Pham" (2015). *2015 Decisions*. Paper 706.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/706

This July is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
———

No. 13-3144
———

UNITED STATES OF AMERICA

v.

TUYEN QUANG PHAM,
Appellant
———

(E.D. Pa. No. 5-08-cr-00427-004)
———

Present:  FISHER, JORDAN and HARDIMAN, *Circuit Judges*.
———

SUR PETITION FOR PANEL REHEARING
———


The petition for rehearing filed by Appellant Tuyen Pham in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is granted.  A subsequent decision by the panel will follow this order.

BY THE COURT:


s/ D. Michael Fisher
Circuit Judge

Dated: July 9, 2015
tmm/cc:  Thomas A. Dreyer, Esq.
Frank A. Labor, III, Esq.
Emily McKillip, Esq.